UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TERRI McCORMICK, ET AL | CIVIL ACTION NO. 07-0838 |
| versus | JUDGE STAGG |
| DOLLAR GENERAL CORP., ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Dolgencorp, Inc. has not properly pleaded its state of incorporation in its notice of removal, and it is not certain that Dolgencorp has presented sufficient facts, either from the face of the plaintiffs' petition or in the notice of removal, to satisfy its burden with respect to the amount in controversy. The rules regarding such matters are set forth in Saxon v. Thomas, 06 CV 2339, Docs. 15 and 21, and the several similar rulings cited therein. Dolgencorp will be permitted until **July 23, 2007** to file an **Amended Notice of Removal** that alleges its state of incorporation and attempts to state sufficient facts to satisfy the amount in controversy element of diversity jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 2nd day of July, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE